IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID McDONALD, AIS # 252206, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 13-0128-CG-M |
| OFFICER NEAL, | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED**, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii), with the damages claims being dismissed without prejudice for failure to state a claim upon which relief can be granted and the injunctive relief claims being dismissed with prejudice as frivolous.

**DONE and ORDERED** this 9th day of December, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE